STDM
ERIC A. DALY, ESQ.
Nevada Bar No.: 5274
GEICO STAFF COUNSEL
901 N. Green Valley Parkway, Suite 190
Henderson, NV 89074
Attorney for Defendant
GEICO INSURANCE AGENCY INC.

UNITES STATES DISTRICT COURT

DISTRICT OF NEVADA

KENDALL HAUER,

Plaintiff,

vs.

GEICO INSURANCE AGENCY, INC.;
DOES I-V and ROES VI-X, inclusive,

Defendants.

Case No.: 2:15-cv-02091-JAD-GWF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kendall Hauer and Defendant Geico Insurance Agency Inc., by and through their respective undersigned counsel of record, and representation having been made that the parties have entered into an agreement to submit this case to private binding arbitration and that no trial date has been set; that the above-entitled action be dismissed with prejudice, and that an Order be entered into accordingly, each party to bear their own attorneys' fees and costs.

DATED this 15th day of July 2016.

GEICO STAFF COUNSEL                                DE CASTROVERDE LAW GROUP

By_____                            By_____

| | |
|---|---|
| Eric A. Daly, Esq.<br>Nevada Bar No. 5274<br>901 N. Green Valley Pkwy., Suite 190<br>Henderson, NV 89074<br>Attorney for Defendant,<br>Geico Insurance Agency Inc. | Alex J. De Castroverde, Esq.<br>Nevada Bar No.: 6950<br>1149 South Maryland Parkway<br>Las Vegas, NV 89104<br>Attorney for Plaintiff,<br>Kendall Hauer |

## ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-entitled action be, and the same is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: July 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
GEICO STAFF COUNSEL

_____
Eric A. Daly, Esq.
Nevada Bar No. 5274
901 N. Green Valley Parkway, Suite 190
Henderson, NV 89074
Attorney for Defendant
Geico Insurance Agency Inc.